IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JAKE DAVID CLINE**                                                                 **PLAINTIFF**

V.                              **CASE NO. 5:23-CV-5128**

**BOOKING SERGEANT,**
Benton County Detention Center (BCDC);
**TURNKEY MEDICAL STAFF;**
**SHERIFF SHAWN HOLLOWAY,**
Benton County, Arkansas; and
**SERGEANT KAYLA RAY, BCDC**                                                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 23) filed in this case on April 29, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITH PREJUDICE** for Plaintiff's intentional failure to prosecute this case and failure to obey the Orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 20th day of May, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE